IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FLAZE LAMONTE PEOPLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:18-CV-02168-MAB |
| | ) |
| MADISON COUNTY JAIL, ET AL., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on February 27, 2019 (Doc. 10), Defendant Madison County Jail was **DISMISSED with prejudice**. Defendants Randy Young and OSF Healthcare were also **DISMISSED without prejudice** (Doc. 10, p. 7).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order entered on March 17, 2021, Defendant Madhusudan Vallala's motion for summary judgment was **GRANTED** and Plaintiff's claims against Defendant Vallala were **DISMISSED with prejudice**.

Judgment is entered in favor of Defendant Vallala and against Plaintiff Peoples. Plaintiff shall recover nothing and this action is **DISMISSED in its entirety**.

DATED: March 17, 2021

                                **MARGARET M. ROBERTIE,**
                                **Clerk of Court**

                          BY:   /s/ *Jennifer Jones*
                                  **Deputy Clerk**

APPROVED:   Mark A. Beatty
                 **MARK A. BEATTY**
                 **United States Magistrate Judge**